[No. 14939-3-I.  Division One.  August 6, 1986.]

PAUL C. STEPHANUS, *Respondent*, v. KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-09562-0, Lloyd W. Bever, J., entered

June 21, 1984. *Reversed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.